[No. 10516–7–I.  Division One.  December 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MARCUS LOVEL HAYES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–01477–8, Jim Bates, J., entered July 8, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Swanson, J.

[No. 10796–8–I.  Division One.  December 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. CELIA J. CARTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–8–03407–3, Charles V. Johnson, J., entered October 7, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Williams, J.

[No. 9531–5–I.  Division One.  December 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS EDWARD MALONE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–02197–1, Richard M. Ishikawa, J., entered October 31, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Williams, J.